# COMPLAINT

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2017 MAY 31 A 10: 26

___ G. DRIES
CLERK

(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Arron Pruitt
2148 N 32 St
Milwaukee WI 53208

v.

(Full name of defendant(s))

First Student West Milwaukee
4150 W Mitchell Dr
West Milwaukee WI
53215

Case Number:

**17-C-0758**

(to be supplied by Clerk of Court)

## A. PARTIES

1. Plaintiff is a citizen of _____WisConsim_____ and resides at
(State)

2148 N 32 St Milwaukee
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant First Student West Milwaukee
(Name)
is (if a person or private corporation) a citizen of Private Corporation

Complaint – 1

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.   Who violated your rights;
2.   What each defendant did;
3.   When they did it;
4.   Where it happened; and
5.   Why they did it, if you know.

(Wrongfull termination) I Arven Pruitt was employed by the defendant as a Schoolbus driver - the employment was terminated by false claims. On the date of the 30 day of the 5th mounth in 2017 a passenger Claimed I forced him off the bus - this claim was un true. First Student after an brife investagation determied that however untrue my actions warranted discarge of employmet with the company. The manger of human resources, found my behavior to be unprofessional unsafe and determined that I should be terminated from my position as a bus driver effective immedeatly.

The termination Claim, stated I attempted to engage the passenger in a Faust and escorted the passenger off the bus. I explained in a statement that my intentions was not to create a cofrontation or a physical alterration but to give the passenger the option to be ~~teseranper~~ be quite or unboard the bus. The passenger ~~opraoh~~ decided to unboard the bus, and walk the two block to School. I have never had any such in Foraction - yet the H.R. decided not to give a written or ~~abd~~ verbal warrning and Fully terminate my employment. The Fact that once the passenger unboarded the bus and I did not Follow is ~~eve~~ a clear Contradiction to the aligation it was an attempt to engage in a Physical altercation and Slander.

## C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

### OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

## D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I want to be reinstated to my position as a driver or be compensated future lost of wages Equal to 20 year of employment an average Yerly wage of $34,000 Future Value of $680,000

E.  JURY DEMAND

I want a jury to hear my case.

☐ – YES          ☑ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ____31____ day of ____S_____ 20_17_ .

Respectfully Submitted,

_Amar Smut_____
Signature of Plaintiff

_(414) 152 - 2957_____
Plaintiff's Telephone Number

_Pruitt_Arron @ yahoo.com_____
Plaintiff's Email Address

_2148 N 32+ Milwaukee wi_____

_53208_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.